**Order entered April 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00201-CR

**JESUS PATRICIO LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F10-63646-V**

## ORDER

The State's motion for extension of time to file its brief is **GRANTED**, and the time for

the State to file its brief is extended to May 5, 2014.


/s/    LANA MYERS
        JUSTICE